IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01933-WDM-OES

ROBERT L. KEENAN AND
EUGENE G. SENA,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' motion to amend complaint is granted; the amended complaint is accepted for filing.  The filing of the amended complaint moots the defendants' motion to dismiss.

Dated:  November 18, 2005

                                                  /s/ Jane Trexler, Secretary/Deputy Clerk