IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01933-WDM-MEH

ROBERT L. KEENAN AND EUGENE G. SENA,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES; MARVA L. HAMMONS, Executive Director in her official capacity; CROWLEY COUNTY, COLORADO, BOARD OF COMMISSIONERS; T.E. ALLUMBAUGH, Commissioner, in his official and individual capacities; MATTHEW HEIMERICH, Commissioner, in his official and individual capacities; DWIGHT L. GARDNER, in his official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 21, 2006.**

    Plaintiffs' proposed Second Amended Complaint sets forth with particularity the published statements at issue in Defendants' Motion to Dismiss pending before United States District Judge Walker Miller. Defendants' arguments in opposition to the Motion (Second) to Amend Complaint essentially request that this Court engage in a detailed analysis concerning whether the proposed Second Amended Complaint could withstand a motion to dismiss. Defendants are, of course, free to pursue such a motion, but given the established standards for considering a motion to amend, this Court believes that those standards have been met. Therefore, Plaintiffs' Motion (Second) to Amend Complaint [Filed January 24, 2006; Docket #22] is **granted**. The Clerk's Office is directed to file Plaintiff's Second Amended Complaint, tendered at Docket #22-2.