IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01933-WDM-MEH

ROBERT L. KEENAN and EUGENE G. SENA,

      Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES; MARVA L. HAMMONS, Executive Director in her official capacity; CROWLEY COUNTY, COLORADO, BOARD OF COMMISSIONERS; T.E. ALLUMBAUGH, Commissioner, in his official and individual capacities; MATTHEW HEIMERICH, Commissioner, in his official and individual capacities; DWIGHT L. GARDNER, in his official and individual capacities,

      Defendants.

## ORDER ON MOTION TO FILE AMENDED ANSWER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is County Defendants' Motion for Leave to File Amended Answer and Jury Demand [Docket #48]. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. COLO. L.Civ.R 72.1, this matter has been referred to this Court for resolution [Docket #49]. For the reasons stated below, Defendant's Motion is **granted.**

County Defendants seek to amend their Answer to Plaintiff's First Amended Complaint to include a defense of waiver. Plaintiffs' claims are based on their allegedly wrongful termination, for which Plaintiffs claim they were entitled to a due process hearing. County Defendants wish to assert a defense of waiver based on Plaintiffs' alleged failure to request a post-termination or a name-clearing hearing. Plaintiffs filed no Response to this motion.

The deadline for joinder of parties and amendment of pleadings in this case is April 13, 2006, a deadline with which Defendants complied. Thus, the only standard governing this motion is Rule

15(a), which states that leave to amend shall be freely given "when justice so requires." Fed. R. Civ. P. 15(a). In this case, Defendants seek to include a facially legitimate defense within the proper time frame, and Plaintiffs have not objected to this relief. The Court, therefore, concludes that leave to amend should be freely given in this case.

Accordingly, for the reasons stated above, County Defendants' Motion for Leave to File Amended Answer and Jury demand [Filed April 13, 2006; Docket #48] is **granted**. County Defendants are directed to file an Amended Answer to Plaintiffs' Amended Complaint consistent with this Order no later than May 22, 2006.

Dated at Denver, Colorado, this 12th day of May, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge