IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01933-WDM-MEH

ROBERT L. KEENAN, et al.,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES; et al.,

    Defendants.

---

**AMENDED
NOTICE OF DISMISSAL OF EUGENE G. SENA'S CLAIMS ONLY
AS TO COUNTY DEFENDANTS ONLY**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint of Eugene G. Sena only is dismissed as to County Defendants: Crowley County, Colorado, Board of Commissioners, T.E. Allumbaurh, Matthew Heimerich and Dwight L. Gardner with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 13, 2006.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge

PDF FINAL