IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01933-WDM-MEH

ROBERT L. KEENAN and EUGENE G. SENA,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES; MARVA L. HAMMONS, Executive Director in her official capacity; CROWLEY COUNTY, COLORADO, BOARD OF COMMISSIONERS; T.E. ALLUMBAUGH, Commissioner, in his official and individual capacities; MATTHEW HEIMERICH, Commissioner, in his official and individual capacities; DWIGHT L. GARDNER, in his official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 21, 2006.**

Based upon the parties' agreement, and the entire record herein, Defendants' Stipulated Motion to Amend Protective Order [Filed August 18, 2006; Docket #66] is **granted**. The Court will sign the Amended Protective Order and enter it on the record.