IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01933-WDM-MEH

ROBERT L. KEENAN and EUGENE G. SENA,

     Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES; MARVA L. HAMMONS, Executive
Director in her official capacity; CROWLEY COUNTY, COLORADO, BOARD OF
COMMISSIONERS; T.E. ALLUMBAUGH, Commissioner, in his official and individual
capacities; MATTHEW HEIMERICH, Commissioner, in his official and individual capacities;
DWIGHT L. GARDNER, in his official and individual capacities,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 14, 2006.**

     Defendants' Unopposed Motion to Amend Scheduling Order [Filed November 10, 2006;
Docket #77] is **granted**.  The dispositive motion deadline is reset to December 29, 2006.