**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 05-cv-01933-WDM-MEH  
Courtroom Deputy: Cathy Coomes

Date:   January 29, 2007  
**FTR – Courtroom A601**

ROBERT L. KEENAN and  
EUGENE G. SENA,

      Plaintiff(s),

vs.

COLORADO DEPARTMENT OF HUMAN SERVICES;  
MARVA L. HAMMONS, Executive Director,  
in her official capacity;  
CROWLEY COUNTY BOARD OF COUNTY  
COMMISSIONERS;  
T. E. ALLUMBAUGH, in his individual capacity;  
T. E. ALLUMBAUGH, in his official capacity;  
MATTHEW HEIMERICH, in his individual capacity;  
MATTHEW HEIMERICH, in his official capacity;  
DWIGHT L. GARDNER, in his individual capacity; and  
DWIGHT L. GARDNER, in his official capacity;

      Defendant(s).

Sheila Meer

Wade S. Livingston  
Kathryn Gwinn

Lawrence D. Stone

**COURTROOM MINUTES/MINUTE ORDER**

**FINAL PRETRIAL CONFERENCE**

**Court in session:**     9:05 a.m.

Court calls case.  Appearances of counsel.

The proposed Final Pretrial Order was reviewed.  Discussion regarding pending motions.

**ORDERED:** Defendants' Motion to Substitute Karen L. Beye for Marva L. Hammons (Doc. #96, filed 1/19/07) is GRANTED as stated on the record.

Argument and discussion regardnig Defendants' Motion to Amend Scheduling Order for Designation of Non-Retained Experts (Doc. #95, filed 1/19/07).  The motion is taken under advisement.

The Final Pretrial Order was approved and filed.

Counsel are directed to proceed to Judge Miller's chambers to obtain a trial date.

**Court in recess:** **9:35 a.m (Hearing concluded)**
**Total time in court:** 0:30