IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-01933-WDM-OES

ROBERT L. KEENAN and EUGENE G. SENA,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, ET AL.,

    Defendants.

---

**ORDER**

---

Miller, J.

This case is before me on the Motion to Bifurcate (doc no 97) filed by Defendants Colorado Department of Human Services and Marva L. Hammons (the "State Defendants"). The State Defendants seek to bifurcate trial of the claims against them on the grounds that only equitable relief is sought against these defendants.

A single trial is most convenient and conducive to expedition and economy. The arguments of the State Defendants do not persuade me otherwise. Accordingly, the Motion to Bifurcate is denied.

DATED at Denver, Colorado, on February 12, 2007.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge