IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01933-WDM-MEH

ROBERT L. KEENAN and EUGENE G. SENA,

     Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES; KAREN L. BEYE, Executive Director, in her official capacity; CROWLEY COUNTY, COLORADO, BOARD OF COMMISSIONERS; T.E. ALLUMBAUGH, Commissioner, in his official and individual capacities; MATTHEW D. HEIMERICH, Commissioner, in his official and individual capacities; DWIGHT L. GARDNER, Commissioner, in his official and individual capacities,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 29, 2007.**

     Plaintiff's Motion for Modification or Clarification of Magistrate's Order Re: Motion to Amend Scheduling Order [Filed March 27, 2007; Docket #132] is **granted** as follows:

     First, the Court's Order dated February 2, 2007, required the County Defendants to pay one hour of attorney's fees for a supplemental deposition and one hour of attorney's fees for preparation for each auditor. Thus, Plaintiffs' counsel is entitled to a total of two hours of attorney's fees for each auditor deposed for at least one hour, regardless of any time spent on objections or examination by opposing counsel, assuming, of course, that opposing counsel does not engage in abusive litigation tactics.

     Second, the County Defendants were ordered to pay the cost of the court reporter fees, regardless of the total time spent, and to pay for Plaintiffs' copy of each of the depositions.

     Defendants' other contentions with Plaintiffs' position relate primarily to the "reasonableness" of any costs listed above. Thus, the Court provides the following schedule: unless the parties agree on the amount to be paid, Plaintiffs' counsel shall submit an affidavit of attorney's fees and costs to the Court no later than ten days after the last deposition. Defendants may submit their objections to the affidavit within five days after the filing of the affidavit.