IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01933-WDM-MEH

ROBERT L. KEENAN and EUGENE G. SENA,

      Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES; KAREN L. BEYE, Executive Director in her official capacity; CROWLEY COUNTY, COLORADO, BOARD OF COMMISSIONERS; T.E. ALLUMBAUGH, Commissioner, in his official and individual capacities; MATTHEW HEIMERICH, Commissioner, in his official and individual capacities; DWIGHT L. GARDNER, in his official and individual capacities,

      Defendants.

_____

**ORDER**
_____

      Before the Court is the Affidavit of Plaintiff's Counsel, Pursuant to Magistrate Judge's Orders of February 1, 2007, and March 29, 2007 (Superseding) [Docket #136]. Defendants have objected, albeit untimely, to the rate Plaintiffs' counsel charged. Defendants do not object to the other costs requested.

      Counsel for Plaintiff's affidavit states that she charges $350 per hour and sets forth her basis for this rate, as well as her length of experience. Defendants argue that this rate is unreasonable and that counsel for Plaintiffs failed to provide sufficient evidence that this rate is consistent with the prevailing market rate in Denver, Colorado.

      In awarding fees, the Court must make an independent determination of the reasonableness of the fees, and the Court concludes, based on its own knowledge of rates in the legal community, the a rate of $350 per hour is reasonable based on counsel for Plaintiffs' experience and expertise. *See Lucas v. Kmart Corp.*, No. 99-1923, 2006 U.S. Dist. LEXIS 51420 (D. Colo. July 27, 2006)

(considering a rate requested of $330 per hour to be conservative based on the fact that a survey in 2000 indicated that top employment lawyers in Denver at that time were charging $325 per hour).

Accordingly, the affidavit of fees and costs submitted by Plaintiffs is appropriate, and Defendants shall pay $2,737.50 to counsel for Plaintiffs' on or before **August 10, 2007**. A Certificate of Compliance shall also be filed with the Court no later than August 10, 2007.

Dated at Denver, Colorado, this 18th day of July, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge