IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01933-WDM-MEH

ROBERT L. KEENAN and
EUGENE G. SENA,

      Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES; MARVA L. HAMMONS, Executive Director in her official capacity; CROWLEY COUNTY, COLORADO, BOARD OF COMMISSIONERS; T.E. ALLUMBAUGH, Commissioner, in his official and individual capacities; MATTHEW HEIMERICH, Commissioner, in his official and individual capacities; DWIGHT L. GARDNER, in his official and individual capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 23, 2007.**

The Joint Motion to Amend Final Pretrial Order [Filed October 18, 2007; Docket #147] is **granted**.

The following witnesses are re-designated by Plaintiff from "will call" to "may call": Eugene, Sena, T.E. Allumbaugh, Matthew Heimerich, Dwight Gardner, Sharen Ford, Jenise May, Arthur Atwell, Ted Trujillo, John Bernhart, and Stephanie Venema.

The following witnesses are re-designated by Defendants from "will call" to "may call": Sharen Ford, Jenise May, and Arthur Atwell.