IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01933-WDM-MEH

ROBERT L. KEENAN AND
EUGENE G. SENA,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to strike objections to affidavit is moot.

Dated:  October 31, 2007

                                                    s/ Jane Trexler, Secretary/Deputy Clerk