# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01933-WDM-MEH

ROBERT L. KEENAN AND EUGENE G. SENA,

Plaintiffs,

v.

CROWLEY COUNTY, COLORADO, BOARD OF COMMISSIONERS; T.E. ALLUMBAUGH, Commissioner, in his official and individual capacities; MATTHEW HEIMERICH, Commissioner, in his official and individual capacities; DWIGHT L. GARDNER, in his official and individual capacities,

Defendants.

_____

## SUPPLEMENTAL ORDER ON DEFENDANTS'
## MOTION TO AMEND FINAL PRETRIAL ORDER

_____

On November 2, 2007, the Court conducted an informal discovery conference with counsel for Plaintiff and the Defendants pertaining to the Court's Order on Defendants' Motion to Amend Final Pretrial Order (Docket No. 152) (hereinafter "Order"). At that time, the Court heard the comments of counsel regarding the production of certain documents by Defendants to Plaintiff pursuant to the Order. The Court heard the comments of counsel on whether to make the responsive documents available to Plaintiff's counsel in Ordway, Colorado or at defense counsel's office in Denver. The Court orders that the documents responsive to the Order be made available to Plaintiff's counsel at the offices of defense counsel as explained on the record. The Court further orders Defendants to deliver the documents responsive to the Order to defense counsel on or before **November 7, 2007**.

Dated at Denver, Colorado this 5th day of November, 2007.

BY THE COURT:


  s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge