IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01933-WDM-MEH

ROBERT L. KEENAN AND
EUGENE G. SENA,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, et al.,

    Defendants.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Upon notification that this case has settled, all motions are denied as moot.

    Counsel are directed to file settlement documents on or before February 8, 2008.

Dated:  January 28, 2008

                                              s/ Jane Trexler, Judicial Assistant