IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

FILED
UNITED STATES DISTRICT COURT
          COLORADO

MAR -3 2008

...GHAM
CLERK

Civil Action No. 05-cv-01933-WDM-MEH

ROBERT L. KEENAN,

   Plaintiff,

v.

CROWLEY COUNTY, COLORADO, et al.,

   Defendants.

---

### NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to Crowley County, Colorado, Board of Commissioners, T.E. Allumbaugh, Matthew D. Heimerich and Dwight L. Gardner, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on February 6, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL